United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ACSEL HEALTH, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CAMPBELL ALLIANCE GROUP, INC.,**<br><br>Defendant. | Case Nos.: 16-mc-80119 YGR<br><br>(Related Case: 16-cv-01042 YGR)<br><br>**ORDER ON MOTION TO QUASH**<br><br>Re: Dkt. No. 2 |

On April 11, 2016, the Court ordered jurisdictional discovery in Case Number 16-cv-1042 (the "related case") to ascertain the principal place of business of defendant for jurisdictional purposes. (Related Case Dkt. No. 33.) Defendant's parent company, inVentiv Health, Inc., now moves to quash a deposition subpoena served by plaintiff on inVentiv's chairman and CEO Michael Bell. (Dkt. No. 2, "Mtn." at 2.) Defendant, inVentiv, and Bell apparently take the position that the deposition of Bell is outside the scope of the Court's order for jurisdictional discovery because neither Bell nor inVentiv are parties to the related case. The Court disagrees. Deposition testimony of defendant's acting president indicates that Bell has unique, first-hand knowledge of the direction, control, and coordination of defendant. (*See* Dkt. No. 47-1.)

Accordingly, Bell shall submit to a deposition of no more than three (3) hours in the city in which he is located no later than June 10, 2016. However, in light of the fact that the discovery is being afforded to support a motion for remand, the Court will give defendant the following option. If Bell does not submit, the Court will immediately remand the case given defendant's failure to provide sufficient access to its officers when defendant is the party attempting to invoke the jurisdiction of this Court. Based on the current record defendant has not met its burden and remand would be appropriate. Defendant shall advise the Court of its decision by the close of business on Monday, June 6, 2016.

This Order terminates Docket Number 2.

**IT IS SO ORDERED.**

Dated: June 3, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2