**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ACSEL HEALTH, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **CAMPBELL ALLIANCE GROUP, INC.**, <br><br> Defendant. | Case No.: 16-cv-01042 YGR <br><br> **ORDER GRANTING MOTION RE: INCORRECTLY FILED DOCUMENT** <br><br> Re: Dkt. No. 45 |

Plaintiff filed its motion to remove incorrectly filed document (Dkt. No. 45), specifically to remove Exhibit A to the Declaration of Sarah R. Nichols (Dkt. No. 44-1) as it contains information designated as confidential. Good cause showing, the motion is **GRANTED**.

The Clerk is directed to permanently lock Docket Entry 44-1 in the ECF System for the Northern District of California. Plaintiff has filed on the public docket a revised version of Docket Entry 44-1 at Docket Entry 47.

This terminates Docket Number 45.

**IT IS SO ORDERED**.

Date: June 6, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**